UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANKIE MONEGRO, *on behalf of himself and all others similarly situated*,

Plaintiff,

v.

TOCCA, INC.,

Defendant.

No. 20-CV-6416 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

This action was filed on August 13, 2020. On August 14, 2020, the Court ordered the parties to meet and confer in an attempt to settle the action within thirty days of service, and, within 45 days of service, to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge, or (2) schedule an initial status conference in the matter. *See* Dkt. 5. Service was completed more than 90 days ago, *see* Dkt. 6, but the parties have not submitted a joint letter, and Defendant has not appeared. No later than December 2, 2020, the parties shall submit a letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. Failure to file the letter may result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:     November 18, 2020
           New York, New York

Ronnie Abrams
United States District Judge