USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/15/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO, *on behalf of himself and all others similarly situated*,

                Plaintiffs,

v.

TOCCA, INC.,

                Defendant.

20-CV-6416 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This action was filed on August 13, 2020. After Defendant Tocca failed to answer or otherwise move with respect to the complaint, Plaintiff obtained a Clerk's certificate of default on November 24, 2020. *See* Dkt. 11. No action has been taken since then.

    No later than March 29, 2021, Plaintiff is directed to file a letter updating the Court on the status of this case, including whether Plaintiff has made any further attempts to communicate with Defendant and whether he intends to initiate default judgment proceedings.

    Plaintiff is directed to serve a copy of this order on Defendant and to file proof of such service on the docket.

SO ORDERED.

Dated:    March 15, 2021
           New York, New York

                                        Ronnie Abrams
                                        United States District Judge